**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joseph L. Lemoine, Jr.
Lemoine & Associates
1018 Harding St., Ste 102 B
Lafayette LA 70503

**REHEARING ACTION: January 27, 2016**

**Docket Number: 15   00090-CA**

**ALFONSO HAYBEYCH**
**VERSUS**
**JPMORGAN CHASE BANK NA, ET AL.**

**Appealed from Lafayette Parish Case No. C-20142345**

**BEFORE JUDGES:**

   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alfonso Haybeych** has this day been

   **DENIED.**

cc: Jonathan G. Wilbourn, Counsel for the Appellee
    Michael Paul Bienvenu, Counsel for the Appellee